The judgment is reversed and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### Jack COLLIER, Appellant, v. STATE of Texas, Appellee.
### No. 23941.

Court of Criminal Appeals of Texas.
Feb. 25, 1948.

No appeal for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment assessed at two years in the penitentiary.

Appellant has filed with this court his affidavit advising us that he does not desire to prosecute his appeal, and same is dismissed at appellant's request.